FILED IN OPEN COURT 8/9/05 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 97-80- |
| CHANDU SEWELL, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, CHANDU SEWELL, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a danger to the community and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a danger to the safety of any other person or the community if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Adam Safwat
Adam Safwat
Assistant United States Attorney

Dated: August 9, 2005

FILED
AUG 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE