IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 97-80 JJF |
| CHANDU SEWELL, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Defendant was detained by Order of the U.S. Magistrate Judge dated August 9, 2005 pending a Revocation Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that a Revocation Hearing will be held on **Tuesday, August 23, 2005, at 11:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 11, 2005
DATE

UNITED STATES DISTRICT JUDGE