AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| CHANDU SEWELL | |

Case Number: 1:97Cr00080-001 (JJF)

USM Number:

CHRISTOPHER S. KOYSTE, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory and Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant prohibited from committing another federal, state of local crime | 06/08/01 |
| Special Condition | Defendant prohibited from re-entering the United States following deportation | 06/08/01 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 6977

Defendant's Date of Birth: 1972

Defendant's Residence Address:

Jamaica, illegal alien

Defendant's Mailing Address:

Federal Detention Center

7 West Arch Street

Philadelphia, PA 19106

August 23, 2005
Date of Imposition of Judgment

/s/ Joseph J. Farnan
Signature of Judge

Joseph J. Farnan, Jr., U.S. District Court Judge
Name and Title of Judge

August 25, 2005
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2 Imprisonment

Judgment Page  2  of  2

DEFENDANT: CHANDU SEWELL
CASE NUMBER: 1:97Cr00080-001 (JJF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Ten months imprisonment

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL