AO 245D (Rev. 12/03) Judgment in a Crim. Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

34

UNITED STATES OF AMERICA
V.

CHANDU SEWELL

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:97Cr00080-001 (JJF)

USM Number: 03994015

CHRISTOPHER S. KOYSTE, ESQ.
Defendant's Attorney

BDS canned

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory and Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

F I L E D
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant prohibited from committing another federal, state of local crime | 06/08/01 |
| Special Condition | Defendant prohibited from re-entering the United States following deportation | 06/08/01 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 6977

Defendant's Date of Birth: 1972

Defendant's Residence Address:

Jamaica, illegal alien

Defendant's Mailing Address:

Federal Detention Center

West Arch Street

Philadelphia, PA 19106

August 23, 2005
Date of Imposition of Judgment

Signature of Judge

Joseph J. Farnan, Jr., U.S. District Court Judge
Name and Title of Judge

August 25, 2005
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2—Imprisonment

Judgment Page 2 of 2

**DEFENDANT:** CHANDU SEWELL
**CASE NUMBER:** 1:97Cr00080-001 (JJF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Ten months imprisonment

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _2-7-2006_ to _FCI Elkton_

a _Elkton, OH_ with a certified copy of this judgment.

CERTIFIED: 12/23/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

BY _/s/ Belton_
Deputy Clerk

T.R. Sniezek, Warden
~~UNITED STATES MARSHAL~~

By _/s/ Illey LT_
~~DEPUTY UNITED STATES MARSHAL~~