AO 442 (Rev. 12/85) Warrant for Arrest

FD# 577537

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
CHANDU SEWELL

## WARRANT FOR ARREST

CASE NUMBER: CR 97-80-1-MMS
JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHANDU SEWELL__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☒ Supervised Release ~~Probation~~ Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

Peter T. Dalleo                                    Clerk of Court
Name of Issuing Officer                            Title of Issuing Officer

BY: /s/ _____; Deputy Clerk                   6/21/01 at Wilmington, DE
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____                by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St. Wilm DE |

| DATE RECEIVED 6-21-01 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-8-05 | William Davis, DUSM | William Davis |